IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL P., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE DOWNINGTOWN AREA | : | |
| SCHOOL DISTRICT | : | NO. 07-4363 |

**O R D E R**

AND NOW, this 3rd day of October 2011, I HEREBY ORDER that the motion of the defendant for disposition in its favor (Dkt. 34) is GRANTED, and the order of the Pennsylvania Special Education Appeals Panel in this matter, at No. 1832, is AFFIRMED.

It is further ORDERED that the motion of plaintiffs for disposition in their favor (Dkt. 35) is DENIED, and the complaint filed in this action is hereby DISMISSED in its entirety.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J.